UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST IRON CORP et al.,<br><br>Defendants. | CASE NO. C19-1098-MAT<br><br><br>ORDER GRANTING MOTION TO STAY PROCEEDINGS AGAINST DEFENDANT NORTH COAST IRON CORP |

Plaintiffs filed a revised Motion to Stay Proceedings Against Defendant North Coast Iron Corp and Notice of Receivership. (Dkt. 11.) Having now considered the unopposed request for a stay, the Court herein GRANTS plaintiffs' motion and stays the proceedings against defendant North Coast Iron Corp. Pursuant to RCW 7.60.110(2), this stay automatically expires sixty days after entry of the order appointing a general receiver unless the receiver seeks an extension or plaintiffs seek relief as set forth in that provision. The Clerk is directed to send copies of this Order to all parties of record.

ORDER GRANTING STAY - 1

Dated this 13th day of September, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING STAYORDER GRANTING MOTION TO STAY PROCEEDINGS AGAINST DEFENDANT NORTH COAST IRON CORP - 2