U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST IRON CORP, a Washington Corporation, UBI No. 603241293, Contractor's License No. NORTHCI887PN; and IRONSHORE INDEMNITY INC., BOND NO. SUR40009296;<br><br>Defendants. | Case No. C19-1098-MAT<br><br>ORDER GRANTING DEFENDANT NORTH COAST IRON CORP'S MOTION FOR EXTENSION OF STAY UNTIL TERMINATION OF RECEIVERSHIP<br><br>**~~PROPOSED~~** |

THIS MATTER having come before the Court pursuant to Defendant North Coast Iron Corp.'s ("North Coast") Motion for Extension of Stay Until Termination of Receivership ("Motion") pursuant to RCW 7.60.110(2), and after review of the pleadings filed in association

[**PROPOSED**] ORDER GRANTING DEFENDANT
NORTH COAST IRON CORP'S MOTION FOR
EXTENSION OF STAY
Page 1 of 2
Case No. C19-1098-MAT

BROWNLIE WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph. (360) 676-0306/Fax: (360) 676-8058

with the Motion and good cause being shown, it is hereby ordered and adjudged that North Coast's Motion is GRANTED. The stay of proceedings against North Coast granted on September 13, 2019 (Dkt. # 14) is hereby extended until completion of the receivership by Resource Transition Consultants, LLC or as otherwise ordered by the Court.

DATED this 12th day of November, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

*s/ Mark J. Lee*
Mark J. Lee, WSBA #19339
Haylee J. Hurst, WSBA #51406
of Brownlie Wolf & Lee, LLP
Attorneys for Defendant North Coast Iron Corp.

[**PROPOSED**] ORDER GRANTING DEFENDANT NORTH COAST IRON CORP'S MOTION FOR EXTENSION OF STAY
Page 2 of 2
Case No. C19-1098-MAT

**BROWNLIE WOLF & LEE, LLP**
230 E. Champion Street
Bellingham, WA 98225
Ph. (360) 676-0306/Fax: (360) 676-8058